**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

SEVAK ZADORI,

Petitioner,

v.

KRISTI NOEM et al.,

Respondents.

Case No. ED CV 25-2832-MRA (DFM)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, the administrative record, the parties' submissions, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED THAT:

1. The First Amended Petition (Dkt. 6) is GRANTED in part on the regulatory basis stated in Claim B.

2. The Court DECLARES that Respondents violated 8 C.F.R. § 241.13(i)(3) by failing to conduct the required revocation custody review and determination in connection with the July 2, 2025 revocation, and that the July 2, 2025 revocation is ineffective.

3. Respondents shall not rely on the July 2, 2025 revocation as a continuing basis for Petitioner's custody. Petitioner's release under his order of supervision shall continue unless and until Respondents independently modify or revoke that order or exercise another source of lawful custody authority.

4. Claims A, C, and D are DISMISSED without prejudice.

5. The pending request for a preliminary injunction (Dkt. 7) is DENIED as moot.

6. Petitioner's request for a certificate of appealability in Dkt. 23 is DENIED as unnecessary.

Date: October 7, 2026

MÓNICA RAMÍREZ ALMADANI
United States District Judge