JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| SEVAK ZADORI,<br>Petitioner,<br>v.<br>KRISTI NOEM et al.,<br>Respondents. | Case No. ED CV 25-2832-MRA (DFM)<br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition (Dkt. 6) is GRANTED in part on the regulatory basis stated in Claim B. The Court declares that the July 2, 2025 revocation is ineffective because Respondents violated 8 C.F.R. § 241.13(i)(3) by failing to conduct the required revocation custody review and determination. Respondents are prohibited from relying on the July 2, 2025 revocation as a continuing basis for Petitioner's custody. Petitioner's release under his order of supervision shall continue unless and until Respondents independently modify or revoke that order or exercise another source of lawful custody authority.

IT IS FURTHER ADJUDGED that Claims A, C, and D are DISMISSED without prejudice. Petitioner's pending request for a preliminary

injunction (Dkt. 7) is DENIED as moot, and the request for a certificate of appealability in Dkt. 23 is DENIED as unnecessary.

Date: October 7, 2026

MÓNICA RAMÍREZ ALMADANI
United States District Judge